UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>GMAC MORTGAGE; KAY-CO INVESTMENTS DBA PRO30 FUNDING; ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ELITE MORTGAGE & ASSOCIATES; JAMES RAY WALL, JR.; RANDALL GILBERT; ADAM LANCASTER and DOES 1-20, inclusive,<br><br>        Defendants. | 2:09-cv-02043-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE and FED. R. CIV. P. 4(m) NOTICE |

        Plaintiff's Status Report filed on November 30, 2009 reveals this case is not ready to be scheduled.  Therefore, the Status (Pretrial Scheduling) Conference ("status conference") set for December 14, 2009 is continued to February 1, 2010, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.[1]

        Plaintiff is **notified under Rule 4(m)** of the Federal Rules of Civil Procedure ("Rule 4(m)") that **Defendants Elite Mortgage & Associates, James Ray Wall, Jr., and Randall Gilbert**

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

**could be dismissed as defendants in this action under Rule 4(m) unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve these defendants within Rule 4(m)'s 120 day prescribed period, in a filing due no later than 4:00 p.m. on December 14, 2009.**

       IT IS SO ORDERED.

Dated:   December 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge