Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendants
GMAC MORTGAGE, LLC (erroneously
sued as "GMAC MORTGAGE"), and
ETS SERVICES, LLC (erroneously sued as
"EXECUTIVE TRUST SERVICES, LLC,
dba ETS SERVICES, LLC")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PEREZ, | Case No. 2:09-CV-02043-GEB-KJM |
| Plaintiff, | **STIPULATION TO SET ASIDE ENTRY OF DEFAULT AS AGAINST DEFENDANT ETS SERVICES, LLC** |
| v. | |
| GMAC MORTGAGE; KAY-CO INVESTMENTS DBA PRO30 FUNDING; ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ELITE MORTGAGE & ASSOCIATES; JAMES RAY WALL, JR.; RANDALL GILBERT; ADAM LANCASTER and DOES 1-20 inclusive, | |
| Defendants. | |

**TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

Plaintiff FRANCISCO PEREZ and Defendant ETS SERVICES, LLC (erroneously sued as "Executive Trustee Services, LLC dba ETS Services, LLC") (hereinafter "ETS") by and through their respective counsel of record agree and stipulate as follows:

A.   On or about December 8, 2009, Plaintiff filed a Request for Entry of Default as against ETS.

1

**STIPULATION TO SET ASIDE DEFAULT**
G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Perez - Stipulation to Set Aside Default of ETS.doc

B. On or about December 9, 2009, the Court issued a Clerk's Certificate of Entry of Default as against ETS.

C. ETS has good cause to set aside the entry of default as against ETS.

D. Plaintiff, by and through his attorney agrees to set aside the entry of default as to ETS.

WHEREFORE, the parties to this action agree and stipulate as follows:

1. The entry of default as against ETS Services, LLC is set aside;

2. ETS Services, LLC will file a response to Plaintiff's Complaint within ten days of the Court's order on the instant stipulation.

DATED: January 14, 2010          WOLFE & WYMAN LLP


By:_____
     STUART B. WOLFE
     NATILEE S. RIEDMAN
Attorneys for Defendants
**GMAC MORTGAGE, LLC (erroneously sued as "GMAC MORTGAGE"), and ETS SERVICES, LLC (erroneously sued as "EXECUTIVE TRUST SERVICES, LLC, dba ETS SERVICES, LLC")**


DATED: January 14, 2010          LANAHAN & REILLEY


By:_____
     MICHAEL J.M. BROOK
Attorney for Plaintiff
**FRANCISCO PEREZ**

///

///

///

///

///

2
**STIPULATION TO SET ASIDE DEFAULT**
G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Perez - Stipulation to Set Aside Default of ETS.doc

# ORDER ON STIPULATION

The Court having reviewed the Stipulation of the parties, and good cause appearing therefore, ORDERS that

1. The default entered against ETS Services, LLC is set aside; and
2. ETS Services, LLC shall file a response to Plaintiff's Complaint within ten days of the Court's order on the instant stipulation.

IT IS SO ORDERED.

Dated: 1/20/10

GARLAND E. BURRELL, JR.
United States District Judge