IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PEREZ,<br><br>      Plaintiff,<br><br>  v.<br><br>GMAC MORTGAGE; KAY-CO INVESTMENTS DBA PRO30 FUNDING; ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ELITE MORTGAGE & ASSOCIATES; JAMES RAY WALL, JR.; RANDALL GILBERT; ADAM LANCASTER,<br><br>      Defendants.[1] | 02:09-cv-02043-GEB-KJM<br><br>STATUS ORDER AND ORDER CONTINUING (PRETRIAL SCHEDULING) CONFERENCE |

    A status conference was scheduled in this case on February 1, 2010; however, that status conference was submitted after Plaintiff failed to file a status report. Defendants GMAC MORTGAGE, LLC (sued as "GMAC Mortgage)" and ETS SERVICES, LLC (sued as "Executive Trustee Services, LLC dba ETS Services, LLC") (hereinafter "GMACM Defendants") filed a late status report, in which they argue Plaintiff's complaint does not state a legal claim against them and indicate this case should not be fully scheduled. Sanctions can be imposed when a court filing deadline is not met.

---

[1] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

Since Plaintiff has not filed a status report explaining how he plans to prosecute this action and GMACM Defendants indicate the action should not yet be fully scheduled, the following status order issues. A further status hearing is scheduled to commence at 9:00 a.m. on June 14, 2010, and a joint status report shall be filed fourteen days before the status hearing.

### DISMISSAL OF DOE DEFENDANTS

Since Plaintiff has not justified Doe defendants remaining in this action, Does 1 through 20 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed July 24, 2009, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

### SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service or joinder of parties is permitted, except with leave of Court, good cause having been shown.

IT IS SO ORDERED.

Dated: February 3, 2010

GARLAND E. BURRELL, JR.
United States District Judge