IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PEREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>GMAC MORTGAGE; KAY-CO INVESTMENTS DBA PRO30 FUNDING; ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ELITE MORTGAGE & ASSOCIATES; JAMES RAY WALL, JR.; RANDALL GILBERT; ADAM LANCASTER,<br><br>        Defendants.[1] | 02:09-cv-02043-GEB-KJM<br><br>STATUS ORDER AND ORDER CONTINUING (PRETRIAL SCHEDULING) CONFERENCE |

      A status conference was scheduled in this case on February 1, 2010; however, that status conference was submitted after Plaintiff failed to file a status report. Defendants GMAC MORTGAGE, LLC (sued as "GMAC Mortgage)" and ETS SERVICES, LLC (sued as "Executive Trustee Services, LLC dba ETS Services, LLC") (hereinafter "GMACM Defendants") filed a late status report, in which they argue Plaintiff's complaint does not state a legal claim against them and indicate this case should not be fully scheduled. Sanctions can be imposed when a court filing deadline is not met.

---

[1] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

1    Since Plaintiff has not filed a status report explaining
2 how he plans to prosecute this action and GMACM Defendants indicate
3 the action should not yet be fully scheduled, the following status
4 order issues.  A further status hearing is scheduled to commence at
5 9:00 a.m. on June 14, 2010, and a joint status report shall be
6 filed fourteen days before the status hearing.

## DISMISSAL OF DOE DEFENDANTS

8    Since Plaintiff has not justified Doe defendants
9 remaining in this action, Does 1 through 20 are dismissed.  See
10 Order Setting Status (Pretrial Scheduling) Conference filed July
11 24, 2009, at 2 n.2 (indicating that if justification for "Doe"
12 defendant allegations not provided Doe defendants would be
13 dismissed).

## SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

15    No further service or joinder of parties is permitted,
16 except with leave of Court, good cause having been shown.
17    IT IS SO ORDERED.

Dated:  February 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge